# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs<br><br>CAREY ANTONIO PIERCE,<br><br>Defendant. | CASE NO.<br>1:14-CR-00109-1-AT-AJB |

## ORDER APPOINTING COUNSEL

The Court finds the Defendant, the individual named below, having testified under oath or having otherwise satisfied this Court that he or she is financially unable to employ counsel, is indigent, and because the interest of justice so require;

IT IS ORDERED that L. Burton Finlayson is hereby appointed to represent Defendant Carey Antonio Pierce.

This 30th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE