IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:14-cr-0109-AT-1 |
| | : | |
| CAREY ANTONIO PIERCE, | : : | |
| Defendant. | : | |

## **ORDER MODIFYING SUPERVISED RELEASE**

This matter is before this Court *sua sponte* on defendant's previous Motion to Terminate Home Detention/Location Monitoring [Doc. 181]. The Court previously granted and then vacated its Order granting the motion based upon the Government's objections.

The Government now advises the Court that defendant is employed, reports as scheduled, has not tested positive for controlled substances, is paying for the electronic monitoring requirement, and that neither defendant's Probation Officer, Krystal Batchelor, nor the Government object to the requested relief.

Accordingly, after consideration of the facts submitted, it is **ORDERED** that defendant's supervised release is hereby **MODIFIED** to terminate home confinement/location monitoring. All other conditions of defendant's supervised release remain in effect.

It is **ORDERED** that the Clerk serve a copy of this order terminating home confinement/location monitoring upon Defendant, the Probation Officer of the Court, the United States Attorney, and the United States Marshal.

It is so **ORDERED** this 18th day of January, 2022.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**